UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Jacob Valine**, Plaintiff, v. **United States Department of Labor**, Defendant.

**Case No.: 25-cv-03431**

## Declaration of Jacob Valine in Support of Petition for Writ of Mandamus

I, Jacob Valine, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I was formally accepted into the Job Corps program by the Department of Labor (DOL) in 2025.
2. I successfully completed the required background check and met all eligibility criteria under the Workforce Innovation and Opportunity Act (WIOA), 29 U.S.C. § 3195.
3. During the Department's operational shutdown, I was excluded from enrollment. My background check clearance subsequently expired before I could be processed, despite having met all requirements.
4. I am now in the process of redoing my background check, solely because the Department failed to act on its ministerial duty while my clearance was valid.
5. My renewal is now caught in the same background check backlog that has affected thousands of applicants nationwide. This backlog has been acknowledged by Congress, including in a May 28, 2025 letter from Senator Susan Collins to Secretary of Labor **Lori Chavez-DeRemer**, which requested the Department disclose the date background check processing resumed and the scope of the backlog.
6. Prior to the shutdown, background checks were processed within 2 to 4 weeks. The current delay—often exceeding 2 months—represents a breakdown in procedural reliability and transforms a temporary pause into a systemic barrier to access.
7. This sequence—clearance, exclusion, expiration, and re-clearance—constitutes ongoing procedural harm. It is not discretionary. It is a breach of binary duty.
8. Under 28 U.S.C. § 1361, mandamus relief is appropriate to compel the Department to perform its clear, non-discretionary obligation. I am not seeking policy review or discretionary reconsideration. I seek enforcement of a duty that has already matured.
9. I respectfully request that the Court take judicial notice of parallel litigation in *Cabrera et al. v. DOL*, No. 25-cv-01909 (D.D.C.), and *Nat'l Job Corps Ass'n v. DOL*, No. 25-cv-04641 (S.D.N.Y.), which confirm that the Department's conduct is under judicial scrutiny. Unlike those cases, my exclusion occurred after clearance, making this a direct ministerial breach.

s/Jacob Valine





RECEIVED
OCT 05 2025
Clerk, U.S. District & Bankruptcy Court for the District of Columbia