UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Jacob Valine, Plaintiff, v. United States Department of Labor, et al., Defendants.**

**Civil Action No. 1:25-cv-03431-UNA**

## NOTICE OF STATUS INQUIRY

**Plaintiff Jacob Valine respectfully submits this Notice of Status Inquiry regarding the above-captioned matter, and states as follows:**

1. This action was filed on September 25, 2025, along with a Motion for Leave to Proceed In Forma Pauperis, a Motion for Leave to File Amended Complaint, and a Motion for CM/ECF Access.
2. As of the date of this filing, the case remains unassigned, and no action has been taken on the pending motions. The docket reflects that all filings were entered by the Clerk on October 8, 2025, but no judicial review or assignment has occurred.
3. Plaintiff respectfully notes that this case involves constitutional and emergency claims arising from agency collapse and systemic exclusion, and delays in judicial review materially impact Plaintiff's ability to seek redress and participate in ongoing public advocacy.
4. Plaintiff further notes that the lack of CM/ECF access impedes timely filing and response, and respectfully requests expedited consideration of the pending motions.

**WHEREFORE, Plaintiff respectfully requests that the Court:**

- **Provide an update on the status of judicial assignment and review of pending motions;**
- **Expedite consideration of the IFP motion and Amended Complaint;**
- **Grant access to CM/ECF to facilitate further filings and case management.**

**Respectfully submitted, Jacob Valine**

*/s/ Jacob Valine*



**RECEIVED**
OCT 21 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia